■ In the Matter of THOMAS McNULTY, Petitioner, v BRIAN S. FISCHER, as Commissioner of Correctional Services, Respondent. [853 NYS2d 397]—

We confirm. Contrary to petitioner's assertion, the determination in issue is supported by substantial evidence in the form of the misbehavior report and hearing testimony from the nurse involved in the incident (*see Matter of Bonez v McGinnis*, 305 AD2d 814, 815 [2003]). To the extent that the record contains conflicting evidence, credibility issues were created for resolution by the Hearing Officer (*see Matter of Roman v Selsky*, 42

AD3d 721, 721 [2007], *lv denied* 9 NY3d 815 [2007]). Petitioner's remaining contentions, including his claim that the misbehavior report was not issued in a timely manner, have been considered and found to be unavailing.

Cardona, P.J., Peters, Rose, Lahtinen and Kane, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.